**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00845-LTB-MJW

LYN M. OSBORNE, an individual,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY, a Colorado corporation,

    Defendant.
_____

**ORDER**
_____

THIS MATTER comes before the Court, <u>sua sponte</u> for review. An Order to Show Cause was issued on September 28, 2010 giving Plaintiff up to and including October 18, 2010, to show cause why this matter should not be dismissed for failure to serve pursuant to Rule 4(m), Federal Rules of Civil Procedure. To date no response has been filed or good cause shown. It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: October 28, 2010